# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  KING, GARR M. | 2. Court or Organization  DISTRICT OF OREGON | 3. Date of Report  05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

907 UNITED STATES COURTHOUSE
1000 SW THIRD AVENUE
PORTLAND, OREGON 97204

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | KING FAMILY FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. BOEING COMPANY | B | Dividend | L | T | | | | | |
| 3. UBS FINANCIAL SERVICES - CASH ACCOUNTS | A | Dividend | M | T | | | | | |
| 4. EXXON MOBIL CORP | B | Dividend | L | T | | | | | |
| 5. GENERAL ELECTRIC CO | B | Dividend | K | T | | | | | |
| 6. INTEL CORP | B | Dividend | L | T | | | | | |
| 7. ISHARES TRUST RUSSELL 1000 INDEX | C | Dividend | N | T | Sold (part) | 02/24/17 | K | E | |
| 8. ISHARES TRUST CORE S&P SMALL CAP ETF | B | Dividend | M | T | | | | | |
| 9. JP MORGAN CHASE & CO | B | Dividend | L | T | Sold (part) | 02/24/17 | K | E | |
| 10. JOHNSON & JOHNSON COM | B | Dividend | L | T | | | | | |
| 11. MICROSOFT CORP | B | Dividend | L | T | Sold (part) | 02/24/17 | J | C | |
| 12. ORACLE CORP | A | Dividend | L | T | | | | | |
| 13. PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 14. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | M | T | | | | | |
| 15. HEALTH CARE SELECT SECTOR SPDR FUND | C | Dividend | N | T | | | | | |
| 16. ENERGY SECTOR SPDR TRUST SHARES | C | Dividend | M | T | Sold (part) | 02/24/17 | K | E | |
| 17. FINANCIAL SECTOR SPDR TRUST ETF | B | Dividend | L | T | Sold (part) | 02/24/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US BANCORP DEL (NEW) | B | Dividend | L | T | Sold (part) | 02/24/17 | K | E | |
| 19. FT-FRANKLIN OR T/F INCOME A | D | Dividend | | | Merged (with line 31) | 01/31/17 | N | | |
| 20. FRANKLIN OREGON TAX FREE MUNI BOND FUND | C | Dividend | L | T | Buy | 02/24/17 | L | | |
| 21. REAL ESTATE SELECT SPDR ETF | A | Dividend | K | T | | | | | |
| 22. VANGUARD LTD-TERM TAX-EXEMPT FUND | D | Dividend | N | T | Buy | 02/07/17 | N | | |
| 23. BANK ACCOUNT #1 | | | | | | | | | |
| 24. US NATIONAL BANK | A | Interest | M | T | | | | | |
| 25. PARTNERSHIP INVESTMENTS | | | | | | | | | |
| 26. M & P CO. (Real Estate Partnership) Salt Lake City, UT | E | Rent | L | W | | | | | |
| 27. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 28. SPDR S&P 500 ETF TR | B | Dividend | L | T | Sold (part) | 02/24/17 | K | D | |
| 29. HEALTH CARE SELECT SECTOR SPDR FUND | B | Dividend | L | T | | | | | |
| 30. UNITED PARCEL SERVICE INC CL B | B | Dividend | L | T | | | | | |
| 31. FT - FRANKLIN OR T/F INCOME A | E | Dividend | O | T | Buy | 02/24/17 | M | | |
| 32. UBS FINANCIAL SERVICES - CASH ACCOUNTS | A | Dividend | M | T | | | | | |
| 33. CLACKAMAS CNTY OR BE/R/ 4 DUE 060118 DTD 120109 | C | Interest | M | T | | | | | |
| 34. MULT. CO. OR. SD#3 | B | Interest | | | Sold | 06/30/17 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MONMOUTH OR DUE 060117 | B | Interest | | | Sold | 06/01/17 | L | A | |
| 36. OR STATE BD. HGR EDU | D | Interest | M | T | | | | | |
| 37. FPA NEW INCOME FUND | A | Dividend | K | T | Sold (part) | 02/24/17 | K | A | |
| 38. VANGUARD LTD-TERM TAX-EXEMPT FUND | D | Dividend | O | T | Buy | 02/17/17 | N | | |
| 39. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 40. ISHARES 20+ YEAR TREAS BOND ETF | C | Dividend | M | T | Buy (add'l) | 02/24/17 | L | | |
| 41. LOOMIS SAYLES STRATEGIC INCOME FUND CLASS A | D | Dividend | M | T | | | | | |
| 42. FPA NEW INCOME FUND | D | Dividend | M | T | | | | | |
| 43. VANGUARD INTERM - TERM BOND | C | Dividend | M | T | | | | | |
| 44. UBS FINANCIAL SERVICES - CASH ACCOUNTS | A | Dividend | J | T | | | | | |
| 45. FT TEMPLETON GLOBAL BOND A | B | Dividend | L | T | | | | | |
| 46. VANGUARD SHORT-TERM BOND INDEX FUND | B | Dividend | L | T | Buy | 02/24/17 | L | | |
| 47. KING FAMILY FOUNDATION | | | | | | | | | |
| 48. SPDR S&P 500 ETF TR | B | Dividend | M | T | Sold (part) | 03/01/17 | K | D | |
| 49. SPDR S&P MIDCAP 400 ETF TR | B | Dividend | L | T | Sold (part) | 03/01/17 | J | D | |
| 50. VANGUARD TOTAL STOCK MKT ETF | B | Dividend | L | T | Sold (part) | 03/01/17 | K | D | |
| 51. AMERICAN FUNDS EURO PACIFIC FUNDS CLASS F | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Dividend | L | T | Sold (part) | 02/27/17 | J | D | |
| 53. HARBOR INT'L FUND INVESTOR CLASS | B | Dividend | L | T | | | | | |
| 54. FT MUTUAL SHARES A | B | Dividend | L | T | | | | | |
| 55. RMA GOVERNMENT PORTFOLIO | A | Dividend | J | T | | | | | |
| 56. VANGUARD INTERM - TERM BOND | D | Dividend | M | T | Buy (add'l) | 02/24/17 | L | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| KING, GARR M. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GARR M. KING**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544